FILED
2021 Jan-13 AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| TODD MCGEE LACEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:20-cv-01346-KOB-HNJ |
| GLENN THOMPSON, Former Circuit Court Judge, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On December 3, 2020, the magistrate judge entered a report and recommendation that the court dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 13). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action should be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 13th day of January, 2021.

                                            _____
                                            **KARON OWEN BOWDRE**
                                            UNITED STATES DISTRICT JUDGE